UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CRIMINAL ACTION NO. 5:08-CR-79-KKC

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                             **OPINION & ORDER**

ROBERT HENSON                                                       DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter is before the Court upon the Defendant's Motion to Vacate filed pursuant to 28 U.S.C. § 2255 [DE 159]. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a Report and Recommendation [DE 162] in which he recommends that the motion be denied as time-barred and that a certificate of appealability should not be issued. The Defendant filed objections to the Report and Recommendation [DE 163]. This Court must make a *de novo* determination of those portions of the Report and Recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C).

The Magistrate Judge found that the Defendant missed the statutory one-year period available for filing a section 2255 motion. The Magistrate Judge also found that equitable tolling based on a freestanding claim of actual innocence does not apply because the Defendant has not met the gateway showing for actual innocence. *See House v. Bell*, 547 U.S. 518, 537 (2006). While the Defendant concedes that he missed the statutory one-year period for filing his motion, he objects to the Magistrate Judge's finding that equitable tolling based on actual innocence does not apply. However, the Defendant still has not

submitted even a description of any possible exculpatory evidence to support his actual innocence claim. Thus, the Court agrees with the Magistrate Judge that equitable tolling does not apply.

Having considered the Defendant's objections, which the Court finds to be without merit, and having examined the record and made a *de novo* determination, the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court **HEREBY ORDERS** that:

(1) The Magistrate Judge's Report and Recommendation [DE 162] is **ADOPTED** as and for the opinion of the Court;

(2) The Defendant's objections to the Magistrate Judge's Report and Recommendation [DE 163] are **OVERRULED**;

(3) For the reasons stated in this Opinion and Order and the Magistrate Judge's Report and Recommendation, the Motion to Vacate [DE 159] is **DENIED**;

(4) A Certificate of Appealability **SHALL NOT BE ISSUED**; and

(5) Judgment will be entered contemporaneously with this Opinion and Order.

Dated this 4th day of March, 2011.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**