UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 08-79-KKC

UNITED STATES,                                                  PLAINTIFF,

V.                                         **ORDER**

ROBERT HENSON,                                      DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on Magistrate Judge Atkins' report and recommendation for disposition of Robert Henson's motion to vacate under 28 U.S.C. § 2255. Neither party has filed objections. Having reviewed the report and recommendation and the record, the court **ORDERS**:

(1) Judge Atkin's report and recommendation (R. 189) is **ADOPTED** as the opinion of the court.

(2) Henson's motion to vacate (R.188) is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the report and recommendation.

(3) This matter is **TRANSFERRED** to the Sixth Circuit to determine whether Henson should be granted authorization to file a second or successive motion or petition.

(4) This matter shall be **STRICKEN** from the court's active docket.

A separate judgment will issue.

This 25th day of June, 2013.

